UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFREDA SMITH-BURRUS,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.

23-CV-4632 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR AMENDED IFP APPLICATION

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted an IFP application on June 13, 2023 (ECF 3), but it is illegible and many questions were not answered. Within 30 days of the date of this order, Plaintiff must either pay the $402.00 in fees or submit the attached amended IFP application. The amended IFP application should be filled out in legible handwriting and all questions must be answered fully.[1] If Plaintiff submits the amended IFP application, it should be labeled with docket number 23-CV-4632 (LTS). If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

    No summons shall issue at this time. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

---

[1] The New York Legal Assistance Group (NYLAG) is an organization that provides free legal advice to self-represented plaintiffs in this court. A flyer from NYLAG is attached to this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:  June 20, 2023
        New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge