UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDA SMITH-BURRUS,

               Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

23-CV-4632 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915. Plaintiff submitted a partial payment of $100.00, made by personal check, toward the $402.00 filing fee. The Court does not accept personal checks from non-attorneys and cannot accept partial payments. Accordingly, the Court directs the Clerk of Court to return to Plaintiff her check for partial payment of the filing fee.

      By order dated June 20, 2023, the Court directed Plaintiff, within 30 days, to either pay the $402.00 in fees or submit an amended IFP application that is fully and legibly completed. (ECF 4.) That order remains in effect.

SO ORDERED.

Dated:  June 21, 2023
          New York, New York

                                  /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                Chief United States District Judge